JENNIE OSBORN, appellant,

v.

WILLIAM H. ACKEN, executor of William Acken, deceased, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Acken* v. *Osborn, 18 Stew. Eq. 377.*

*Mr. John S. Jackson,* for the appellant.

*Mr. Willard P. Voorhees,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, MAGIE, VAN SYCKEL, BROWN, COLE, SMITH, WHITAKER—10.

*For reversal*—None.